**Beth Clatworthy**

**From:** cmecfhelpdesk@mssd.uscourts.gov

**Sent:** Thursday, August 30, 2007 6:48 PM

**To:** Courtmail@mssd.uscourts.gov

**Subject:** Activity in Case 1:06-cv-01080-LTS-RHW McIntosh et al v. State Farm Fire & Casualty Company et al
Objection to Subpoena

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* You may view the filed documents once without charge. To avoid later charges, download a copy of each document during this first viewing.**

## U.S. District Court

## Southern District of Mississippi

## Notice of Electronic Filing

The following transaction was entered by Platt, Kathryn on 8/30/2007 at 6:47 PM CDT and filed on 8/30/2007
**Case Name:**      McIntosh et al v. State Farm Fire & Casualty Company et al
**Case Number:**    1:06-cv-1080
**Filer:**          Forensic Analysis & Engineering Corp.
**Document Number:** 412

**Docket Text:**
OBJECTION TO SUBPOENA re [401] Proof of Service of Subpoena *served upon Robert K. Kochan* by Forensic Analysis & Engineering Corp. (Platt, Kathryn)

**1:06-cv-1080 Notice has been electronically mailed to:**

Sidney A. Backstrom    bethjones@scruggsfirm.com, charlenebosarge@scruggsfirm.com, humpmcgee@scruggsfirm.com, lindahollowell@scruggsfirm.com, sidbackstrom@scruggsfirm.com

John A. Banahan    john@bnscb.com

Larry G. Canada    lcanada@gjtbs.com, msoleto@gjtbs.com

Luke Dove    bethbailey1@aol.com, ldove81743@aol.com

Joseph M. Hollomon    jhollomon@att.net, joehollomonlaw@yahoo.com

Dewitt M. Lovelace    dml@lovelacelaw.com

Drew McLemore Martin    drewmartinlaw@gmail.com

Benjamin H. McGee , III    humpmcgee@scruggsfirm.com

Michael C. Moore    mm@mikemoorelawfirm.com

Roechelle R. Morgan    RRM@webbsanders.com, jsr@webbsanders.com, lma@webbsanders.com, mks@webbsanders.com, sew@webbsanders.com, smf@webbsanders.com, sns@webbsanders.com,

EXHIBIT
B

tsp@webbsanders.com

Harry Benjamin Mullen     ben@bnscb.com, lawshark66@i-55.com, layna@bnscb.com

David Aaron Norris     dnorris@mcglinchey.com, vbarr@mcglinchey.com, vmcqueen@mcglinchey.com

Matthew E. Perkins     perkins@bnscb.com, layna@bnscb.com, perkins.bnscb@gmail.com

Kathryn Breard Platt     kbreard@gjtbs.com, lsawyer@gjtbs.com

Norma Carr Ruff     ncr@webbsanders.com, csb@webbsanders.com, lma@webbsanders.com, sew@webbsanders.com

David Zach Scruggs     zachscruggs@scruggsfirm.com, bethjones@scruggsfirm.com, charlenebosarge@scruggsfirm.com, chrisrobertson@scruggsfirm.com, humpmcgee@scruggsfirm.com, jennifercarr@scruggsfirm.com, katierichcreek@scruggsfirm.com, lindahollowell@scruggsfirm.com, sbackstrom@scruggsfirm.com

Richard F. Scruggs     bethjones@scruggsfirm.com, dickscruggs@scruggsfirm.com, lindahollowell@scruggsfirm.com, sbackstrom@scruggsfirm.com

George S. Shaddock     georgeshaddock@yahoo.com, mls.lawfirm@yahoo.com

Marshall H. Smith , Jr     mhsmithjr@barrettlawoffice.com, dmcmullan@barrettlawoffice.com, rrbarrett@barrettlawoffice.com

James P. Streetman , III     jstreetman@sssf-ms.com

Matthew A. Taylor     mtaylor@sssf-ms.com, sscarborough@sssf-ms.com

H. Hunter Twiford , III     htwiford@mcglinchey.com, jrouse@mcglinchey.com, kcallais@mcglinchey.com, mmason@mcglinchey.com, wsims@mcglinchey.com

Dan W. Webb     dwebb@webbsanders.com, adt@webbsanders.com, amy@webbsanders.com, ceh@webbsanders.com, jsr@webbsanders.com, kbw@webbsanders.com, lfc@webbsanders.com, lma@webbsanders.com, mks@webbsanders.com, rrm@webbsanders.com, sew@webbsanders.com, smf@webbsanders.com, sns@webbsanders.com

William E. Whitfield , III     whitbill@bryantdukes.com, whitbill@aol.com

Derek A. Wyatt     dwyatt@davidnutt.com, mcalister@davidnutt.com, paralegals@davidnutt.com

### 1:06-cv-1080 Notice has been delivered by other means to:

David Randel
P. O. Box 2767
Mobile, AL 36652

James R. Robie - PHV
ROBIE & MATTHAI
500 South Grand Avenue, 15th Floor
Los Angeles, CA 90071

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1081288797 [Date=8/30/2007] [FileNumber=1144911-0
] [51149309892d06d172da16e68482f495c006ce66a56a8cdfcbd8c0f01916cfe0ad6
f7bf6fd9bcd18115364180208dc16e6fcde19accd83c8ea78a4eb3ff7c15f]]