## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF NORTH CAROLINA

### AFFIDAVIT

PERSONALLY APPEARED BEFORE ME, the undersigned authority in and for the aforesaid jurisdiction the within named, MARY E. McALISTER, who after being duly sworn, deposed and said:

1. My name is MARY E. McALISTER. I am counsel for Plaintiffs Thomas C. McIntosh and Pamela McIntosh in the matter styled *Thomas C. McIntosh and Pamela McIntosh vs. State Farm Fire & Casualty Company et al*, Civil Action No. 1:06-cv-1080 LTS RHW, pending in the United States District Court for the Southern District Court of Mississippi, Southern Division.

2. I have personal knowledge of the matters set forth in this Affidavit.

3. On August 30, 2007, I traveled to Raleigh, North Carolina, for the purpose of inspecting and copying electronic information on two (2) computers in the possession, custody and control of Robert K. Kochan, and located at 3401 Atlantic Avenue, Suite 100, Raleigh, North Carolina, the business office of Robert K. Kochan.

4. A computer technician, retained by me for the purpose of inspecting and copying the electronic information from the computers on the premises as set forth in the subpoena, also traveled to Raleigh, North Carolina, from Albuquerque, New Mexico, and met me in Raleigh on August 30, 2007.

5. The next day, I along with the computer technician appeared at the aforesaid Robert K. Kochan's office to inspect and copy the electronic information called for in the subject subpoena.



6. On the date and time fixed for performance under the subpoena, August 31, 2007, at 9:00 AM, Robert K. Kochan denied access to the subject computers, informing us that his attorney had obtained an order "squelching" the subpoena.

7. Notice of the subject subpoena had been given to Mr. Kochan's counsel sixteen (16) days prior to our appearing at Mr. Kochan's office in Raleigh, North Carolina, on August 31, 2007, for the purpose of inspecting and copying the electronic information.

8. At no time during the period from August 13, 2007, (the date of issuance and prior notice of the subject subpoena), and August 30, 2007, (the date of my travel from Mississippi to North Carolina) was there any written objection to the subject subpoena served on me or any other counsel in the underlying *McIntosh* case.

9. A true and correct statement of the costs, expenses and attorney time expended in connection with the issuance of the subject subpoena is attached and incorporated by reference to this Affidavit.

FURTHER, AFFIANT SAYETH NOT.

*Mary E. McAlister*
MARY E. McALISTER

STATE OF MISSISSIPPI
COUNTY OF MADISON

Personally appeared before me, the undersigned authority in and for the aforesaid jurisdiction, MARY E. McALISTER, who acknowledged to me, after being first duly sworn, that the matters and facts set forth are true and correct to the best of her knowledge, information and belief.

SWORN TO AND SUBSCRIBED BEFORE ME, this the 5th day of September 2007.

_____
NOTARY PUBLIC

My Commission Expires:



## Time, Expenses and Travel Costs of Mary E. McAlister
(Receipts attached)

| | | |
|---|---|---:|
| 08/30/07 | Travel from Ridgeland, Mississippi to Raleigh, N.C., 4 hours @ $250 per hour | $1,000.00 |
| | Private plane charter (roundtrip from Jackson, MS to Raleigh, North Carolina, 7.2 hours @ $200.00 per hour); | 1,440.00 |
| | Private pilot, per roundtrip charter | 200.00 |
| | Rental Car, Hertz | 103.57 |
| | Hotel | 301.49 |
| | Meal | 10.13 |
| 08/31/07 | Travel from hotel to FAEC office; brief meeting with R. Kochan; travel to hotel, telephone conferences with co-counsel; receipt/review of R. Kochan's Objections to Subpoena Duces Tecum via fax; travel to Jackson, MS 8 hours @ $250 per hour | 2,000.00 |
| | Commercial flight, Delta Airlines | 884.80 |
| | Meals | 43.46 |
| **TOTAL FEES AND COSTS** | | **$5,983.45** |

# Marriott

**RALEIGH CRABTREE VALLEY**

For questions regarding this folio, please call Marriott Business Services toll-free 1-866-435-7627.

4500 Marriott Drive
Raleigh, North Carolina 27612
(919) 781 7000
Marriott.com/RDUNC

**GUEST FOLIO**

| ROOM | NAME | RATE | DEPART | TIME | ACCT# |
|---|---|---|---|---|---|
| 674 | MCALISTER/MARY | 109.00 | 09/01/07 | 12:00 | 9495 |
| TYPE | | | ARRIVE | TIME | |
| 24 | | | 08/30/07 | 23:58 | |

PASSPORT:
BKXXXXXXXXXXXX5957

MR#:

| ROOM CLERK | ADDRESS | | PAYMENT | | |
|---|---|---|---|---|---|
| DATE | REFERENCE | | CHARGES | CREDITS | BALANCE DUE |
| 08/30 | ROOM | 674, 1 | 239.00 | | |
| 08/30 | ROOMTAX | 674, 1 | 16.13 | | |
| 08/30 | OCCTAX | 674, 1 | 14.34 | | |
| 08/31 | GRILL | 8435 674 | 32.02 | | |
| | | | | | 301.49 |

------------------ EXP. REPORT SUMMARY ------------------

| 08/30 | ROOM&TAX | 269.47 |
| 08/31 | GRILL | 32.02 |

# Marriott

**RALEIGH CRABTREE VALLEY**

4500 Marriott Drive
Raleigh, North Carolina 27612
(919) 781 7000
Marriott.com/RDUNC

This statement is your only receipt. You have agreed to pay in cash or by approved personal check or to authorize us to charge your credit card for all amounts charged to you. The amount shown in the credits column opposite any credit card entry in the reference column above will be charged to the credit card number set forth above. (The credit card company will bill in the usual manner.) If for any reason the credit card company does not make payment on this account, you will owe us such amount. If you are direct billed, in the event payment is not made within 25 days after check-out, you will owe us interest from the check-out date on any unpaid amount at the rate of 1.5% per month (ANNUAL RATE 18%), or the maximum allowed by law, plus the reasonable cost of collection, including attorney fees.

6-2955C
Rev. 12/04

Signature X _____

FOR RESERVATIONS AT ANY MARRIOTT HOTEL, CALL (800) 228-9290

```
                                              112688DUPLICATE RECEIPT
                                              PAGE NO. 1
                                              PNR: 1P-72VVRC
                                              K-BH/3CL  BK-BH/3CL

    DAVID NUTT AND ASSOCIATES
    ANGELIA HOGAN
    605 CRESCENT BLVD
    RIDGELAND MS 39157

NAME : MCALISTER/MARY
```



RECEIVED AUG 30 2007

```
                                                          DATE
                                                          30AUG07

* ELECTRONIC TICKET *  POSITIVE IDENTIFICATION REQUIRED AT CHECK-IN
**REQUEST TERMS/CONDITIONS OF TRAVEL AND CARRIER LIABILITY NOTICES FROM
  TRAVEL AGENCY OR THE TRANSPORTING CARRIER. **

ISSUED BY-THE TRAVEL PROFESSIONALS RIDGELAND MS

CO   DATE    CITY-AIRPORT          TIME     FLIGHT NBR/CLASS       ST SERV/AMNT
--   ----    -------------         ----     ----------------       -- ---------
H TH 30AUG   MARRIOTT CRABTREE VALLEY RALEI  CHECK IN- 30AUG THU/1500
             4500 MARRIOTT DRIVE             CHECK OUT-31AUG FRI/1200
             RALEIGH NC US 27612             GUARANTEED TO CREDIT CARD-VI
             PHONE-9197817000                FREE SHUTTLE SERVICE
             FAX-9197813050
             CONFO-84021864
                                                        RATE GUARANTEED-USD
             CONCIERGE ROOM 1 KING OR 2 DOUBLE BEDS
             RATE INFO-239.00
             CANCEL RQRMTS-CANCEL PERMITTED UP TO  6PM DAY OF ARRIVAL
             HOTEL TIME.  269.47 CANCEL FEE PER ROOM.
             PERSONS INCLUDED IN RATE-1

A FR 31AUG LV RALEIGH/DURHAM       130P     DELTA          1607F  OK
           AR ATLANTA              256P     BAGS ALLOWED- 2PIECE     0STOP 757
                                   SEAT     04-D  **RESERVED**
                                            MCALISTER/MARY

A FR 31AUG LV ATLANTA              400P     DELTA           515F  OK
           AR JACKSON MISS         425P     BAGS ALLOWED- 2PIECE     0STOP M80
                                   SEAT     04-D  **RESERVED**
                                            MCALISTER/MARY

                TICKET NUMBER(S):       E0067175349551
                SERVICE FEE MCO:        8908101006559

                                          AIR FARE               771.16
                                          TAX                     78.64
                                          TOTAL AIR FARE         849.80
                                          SERVICE FEE             35.00
                                          AMOUNT CHARGED         884.80

THIS AMOUNT WILL BE CHARGED TO CREDIT CARD:  VI XXXX XXXX XXXX 5957

AFTER HOURS CALL 800-628 6668/CODE P3CL
800AM-500PM-CALL 800 844-0159
FAX NUMBER 601-898-8267
******CONFIRMATION RS0RBE*********

                        THANK YOU FOR YOUR BUSINESS

 (CO)DE: A-AIR   H-HOTEL   C-CAR   T-TOUR   S-SURFACE   V-OTHER TRVL SERVCS
 (ST)ATUS:OK-CONFIRMED  WL-WAITLIST  RQ-REQUESTED  NS-NO SEAT  SA-STANDBY
 (CO)DE: A-AIR   H-HOTEL   C-CAR   T-TOUR   S-SURFACE   V-OTHER TRVL SERVCS
 (ST)ATUS:OK-CONFIRMED  WL-WAITLIST  RQ-REQUESTED  NS-NO SEAT  SA-STANDBY
```

**Hertz**  #01PN  RR M36047653  
CC  
MEGAN MACALLISTER  
VEHICLE 01898/1713064  
CLS YC          07MLAN  LIC: MD 2CYW16  
FUEL: 8/8 OUT 8/8 IN  
CDP: 1458479-PIEDMONT HAWTHORNE PASS RA  

RES  D7562696181/MCLD    /C  
PREPARED BY: 3160/NCRAL12  
COMPLETED BY: 1251/NCRAL11  

RENTED: 08/30/07 21:00 @ RALEIGH  
RETURN: 08/31/07 16:50 @ RALEIGH  

| PLAN IN: | CNVD | RATE CLASS: | C |
|---|---|---|---|
| PLAN OUT: | CNVD | | |
| MILEAGE IN | 10343 | TR-X MILES | |
| MILEAGE OUT | 10307 | MILES ALLOWED | |
| MILES DRIVEN | 36 | MILES CHARGED | |

```
DAYS              1 @ $  49.00 / DAY       $    49.00
SUBTOTAL                              T$        49.00
VEHICLE LICENSING COST RECOVERY  .71% T$          .35
LDW     ACCEPTED @ $  24.99 DAY       T$        24.99
IS      ACCEPTED @ $  12.95 DAY       $         12.95
PAI, PEC ACCEPTED @ $  5.50 DAY       $          5.50
TAX     14.500 % ON TAXABLE TTL OF $ 74.34  $   10.78
CHARGED ON VISA       XXXXXXXXXXXX5957     $   103.57
RENT FP VISA   XXXXXXXXXXXX5957
```

CHARLEY'S GRILLED SUBS  

#283                          OUT  
1 STEAK                      4.79  
---------------------------------  
        TXTL                   .34  
        TOTL                  5.13  
        CASH                  5.13  
        CHNG                   .00  
    THANK YOU FOR VISITING!  

CSHR 5  
0377 19:10 #05 AUG.31'07  REG0002  

**HOW WAS YOUR EXPERIENCE?**  
**WE'D LIKE YOUR FEEDBACK.**  

1) Visit WWW.HERTZSURVEY.COM  
2) Enter Access Code: 01870  
3) Take Brief 4 Question Survey  

STATEMENT OF CHARGES - NOT VALID FOR RENTAL

```
             *Tavola Rossa *
             5300 Homewood Banks Dr.
               Raleigh, NC 27612
              Phone# (919) 532-7100

        13 Lynn C
        ------------------------------------------
        Tbl 25/1        Chk 1495         Gst 2
                   Aug31'07 12:46PM
        ------------------------------------------
          1 Wild Fld Grns              5.00
            PUTANESCA
          1 OPEN FOOD Add 5 Shrimp    17.00
          1 Fr Calamari                8.00
          2 A WATER                    0.00

            Subtotal                  30.00
            Tax                        2.33
        01:20 Total                  32.33


              Thanks & Please Come Back!
```

**\*Tavola Rossa**
5300 Homewood Banks Dr.
Raleigh, NC 27612
Phone# (919) 532-7100

| | |
|---|---|
| Date: | Aug31'07 01:22PM |
| Card Type: | Visa |
| Acct #: | XXXXXXXXXXXX5957 |
| Exp Date: | 05/08 |
| Auth Code: | 012095 |
| Check: | 1495 |
| Table: | 25/1 |
| Server: | 13 Lynn C |
| Ref Number: | 724317755603 |

MARY E MCALISTER

Subtotal: 32.33

Gratuity: 6.00

Total: 38.33

Signature
I agree to pay above total according to my card issuer agreement.

\* \* \* \* Guest Copy \* \* \* \*

---

SHANGHAI EXPRESS
CHINESE RESTAURANT
2502 Hillsborough Street, Raleigh, NC
Tel:(919)754-9797  Fax:(919)754-9758

Delivery

Date: 08-30-2007 Time: 12:35AM # 52

Dir.: MARRIOTT HOTEL ACROSS CRABTREE
Name: ROOM 674
Addr: 4500 MARRIOTT DR.
Phon: 919.781.7000.

| | |
|---|---|
| Wonton Soup (Pt) | 1.50 |
| Delivery Charge | 1.00 |
| C1 General Tso's Chicken | 6.95 |
| White Rice | |
| Egg Roll | |

AMOUNT : 9.45
TAX(8%) : 0.68
TOTAL : 10.13

Thank you very much.

# ABACO HOLDINGS, LLC
## P. O. BOX 200
## RIDGELAND, MS 39158
## 601-898-7306

September 5, 2007

To:  Nutt & McAllister, LLP

INVOICE:

| | | |
|---|---|---|
| 8/30/07 to and from Raliegh, NC | 7.2 hrs | |
| Total @ $200 per hour | | $1,440.00 |
| Pilot charge from Langley Nelson | | 200.00 |
| Total | | $1,640.00 |

Ernie Coward