## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF NORTH CAROLINA

### AFFIDAVIT

PERSONALLY APPEARED BEFORE ME, the undersigned authority in and for the aforesaid jurisdiction the within named, JON HILL, who after being duly sworn, deposed and said:

1. My name is JON HILL. I was retained as a forensic computer consultant by counsel for Plaintiffs Thomas C. McIntosh and Pamela McIntosh in the matter styled *Thomas C. McIntosh and Pamela McIntosh vs. State Farm Fire & Casualty Company et al*, Civil Action No. 1:06-cv-1080 LTS RHW, pending in the United States District Court for the Southern District Court of Mississippi, Southern Division.

2. I have personal knowledge of the matters set forth in this Affidavit.

3. On August 30, 2007, I traveled to Raleigh, North Carolina, for the purpose of inspecting and copying electronic information on two (2) computers located at 3401 Atlantic Avenue, Suite 100, Raleigh, North Carolina, being the business office of Robert K. Kochan.

4. By prior arrangement, counsel for Thomas C. and Pamela McIntosh, Mary E. McAlister, also traveled to Raleigh, North Carolina, from Ridgeland, Mississippi, and met me in Raleigh on August 30, 2007.

5. The next day, I along with Mary E. McAlister appeared at the aforesaid Robert K. Kochan's office to inspect and copy the electronic information called for in the subject subpoena.

6. On the date and time fixed for performance under the subpoena, August 31, 2007, at 9:00 AM, I was informed by Mary E. McAlister that Robert K. Kochan was denying our access to the subject computers.



8.　During the time period from August 13, 2007, (the date of issuance and prior notice of the subject subpoena), and August 30, 2007, (the date of my travel from New Mexico to North Carolina) I was periodically in contact with Ms. McAlister or others in her office to confirm and re-confirm that the inspection and copying of the computers in Mr. Kochan's office was to take place as set forth in the subject subpoena, at 9:00 AM on August 31, 2007. To my knowledge, there was never any objection communicated to me concerning the subject subpoena during the aforesaid period encompassing August 13, 2007, to August 30, 2007. Thus, I had no reason to anticipate that my time, expense and travel to North Carolina, for the purpose of the computer inspections, would ultimately be for naught due to Mr. Kochan's denial of access.

9.　A true and correct statement of the costs, expenses and time expended in connection with the issuance of the subject subpoena is attached and incorporated by reference to this Affidavit.

FURTHER, AFFIANT SAYETH NOT.

_____
JON HILL

**STATE OF NEW MEXICO**
**COUNTY OF** Bernalillo

Personally appeared before me, the undersigned authority in and for the aforesaid jurisdiction, JON HILL, who acknowledged to me, after being first duly sworn, that the matters and facts set forth are true and correct to the best of his knowledge, information and belief.

SWORN TO AND SUBSCRIBED BEFORE ME, this the 4th day of September, 2007.

_____
NOTARY PUBLIC

My Commission Expires:
12/27/2007

OFFICIAL SEAL
CARLO PENA
NOTARY PUBLIC-STATE OF NEW MEXICO
My commission expires: 12/27/2007



**IniCom.networks**
Business Data Management for the Real World

500 Fourth St. NW
Suite 210
Albuquerque, NM 87102

# Invoice

| Due Date | Date | Invoice # |
|---|---|---|
| 8/29/2007 | 8/29/2007 | 10001621 |

☐ New
Addres 1: _____
Addres 2: _____
City/State/Zip: _____

**Bill To:**

David Nutt & Assoc.
Attn: Derek Wyatt
605 Crescent Blvd., Suite 200
Ridgeland, MS 39157

☐ I would like to receive e-mail invoices and statements

E-mail address: _____

| Balance Due | $2,786.89 |
|---|---|

---

PLEASE DETACH AND RETURN TOP PORTION WITH YOUR PAYMENT.

**IniCom Networks Inc.**
500 Fourth St. NW
Suite 210
Albuquerque, NM 87102

| Invoice # | P.O. No. | Terms | Rep |
|---|---|---|---|
| 10001621 | | | |

| Item | Date | Description | Qty | Rate | Amount |
|---|---|---|---|---|---|
| Travel | 8/30/2007 | Travel to NC. | 8 | 95.00 | 760.00T |
| General | 8/31/2007 | Waited to meet with opposing's client to perform work outlined in subpoena. | 4 | 95.00 | 380.00T |
| Travel | 9/1/2007 | Travel from NC | 6 | 95.00 | 570.00T |
| Reimb Group | | | | | |
| | 8/21/2007 | Jon's Flight to NC | | 462.10 | 462.10 |
| | 8/30/2007 | Airline surcharge for extra baggage (Equipment) | | 50.00 | 50.00 |
| | 8/30/2007 | Airline surcharge for extra baggage (Equipment) | | 50.00 | 50.00 |
| | 8/30/2007 | Jon's hotel in Raleigh, NC | | 297.23 | 297.23 |
| | 9/1/2007 | Airline surcharge for extra baggage (Equipment) | | 100.00 | 100.00 |
| | | Total Reimbursable Expenses | | | 959.33 |
| | | New Mexico Gross Receipts Tax | | 6.875% | 117.56 |
| | | Save a tree, a stamp, and that aweful taste from the envelope. Pay online 24/7. https://www.intuitbillpay.com/inicom | | | |

There will be a $15 charge for all returned checks. A $29 late fee will be assessed on all unpaid balances after 90 days.

For billing inquiries: 866.4.IniCom x107 (866.446.4266)

| Total | US$ | $2,786.89 |
|---|---|---|
| **Payments/Credits** | US$ | $0.00 |
| **Balance Due** | US$ | $2,786.89 |

*Did you know you can pay by Visa, MasterCard, American Express, or Discover?
Call now to set up credit card billing and avoid the hassle of paying bills by check.*





# Receipt

### Booking confirmation

Booking date: 08/21/2007  Booking code: GZYGCJ

### Booking specification

| Flight | Departure | Arrival | Date |
|---|---|---|---|
| 0503 | 12:30 PM ALBUQUERQUE | 8:04 PM RALEIGH-DURHAM | Thu, Aug 30 2007 |
| 0500 | 8:15 AM RALEIGH-DURHAM | 11:47 AM ALBUQUERQUE | Sat, Sep 01 2007 |

### Payment specification

| Receipt No | Date | Type | Document | Amount |
|---|---|---|---|---|
| 517683 | Tue, Aug 21 2007 | Visa Card | xxxx.xxxx.xxxx.0179 | USD 462 |
| | Fares: | | USD 405.58 | |
| | Taxes: | | USD 56.52 | |
| | Incl. VAT: | | USD 0 | |
| | Total VAT: | | USD 0 | |
| | Total Amount: | | USD 462 | |

### Price

**ALBUQUERQUE - RALEIGH-DURHAM**

| 1 x ADULT | |
|---|---|
| Price | USD 203 |
| Taxes and fees | USD 28 |
| VAT included | USD 0 |
| **Summary** | 1 x USD 230 |

**RALEIGH-DURHAM - ALBUQUERQUE**

| 1 x ADULT | |
|---|---|
| Price | USD 203 |
| Taxes and fees | USD 29 |
| VAT included | USD 0 |
| **Summary** | 1 x USD 232 |

| **TOTAL PRICE** | USD 462 |
|---|---|
| **Itinerary Change Diff.** | USD 0 |
| **TOTAL PAID** | USD 462 |

### Passengers

HILL/JON MR

### Seller

ExpressJet contact info

**CREDIT CARD RECEIPT**

Date: 08/30/07 12:29:39
Payment Type: Visa
Total Paid: $50.00
Account No: XXXXXXXXXXXX0179
Flight: 0503
Cardholder: JON HILL


U3222   **GZYGCJ**   08/30/07

**CREDIT CARD RECEIPT**

Date: 08/30/07 12:27:51
Payment Type: Visa
Total Paid: $50.00
Account No: XXXXXXXXXXXX0179
Flight: 0503
Cardholder: JON HILL


U3222   **GZYGCJ**   08/30/07

**CREDIT CARD RECEIPT**

| Date: 09/01/07 05:26:33 | Charges | : Amount |
|---|---|---|
| Payment Type: Visa | Baggage charge | $50.00 |
| Total Paid: $100.00 | Baggage charge | $50.00 |
| Account No: XXXXXXXXXXXX0179 | | |
| Flight: 0500 | | |
| Cardholder: JON HILL | Total Tax: | $0 |

X_____
I agree to pay the total amount
specified on this receipt according
to the card issuer agreement

U2246   Customer Copy   **GZYGCJ**   09/01/07

**CREDIT CARD RECEIPT**

Date: 09/01/07 05:26:33
Payment Type: Visa
Total Paid: $100.00
Account No: XXXXXXXXXXXX0179
Flight: 0500
Cardholder: JON HILL

U2246   **GZYGCJ**   09/01/07

**Marriott**
RALEIGH
CRABTREE VALLEY

For questions regarding this folio, please call Marriott Business Services toll-free 1-866-435-7627.

4500 Marriott Drive
Raleigh, North Carolina 27612
(919) 781 7000
Marriott.com/RDUNC

**GUEST FOLIO**

| 367 | HILL/JON/MR | | 109.00 | 09/01/07 | 12:00 | 9907 |
|---|---|---|---|---|---|---|
| | NAME | | RATE | DEPART | TIME | ACCT# |
| | | | | 08/30/07 | 21:12 | |
| | | | | ARRIVE | TIME | |
| | 500 4TH STREET NW ST | | PASSPORT: | | | |
| | ALBUQUERQUE NM | | | | | NR#: |
| | ADDRESS | | PAYMENT | | | |

| 08/30 | TELECOM | TELECOM | 9.95 |
| 08/30 | ROOM | 367, 1 | 109.00 |
| 08/30 | ROOMTAX | 367, 1 | 7.36 |
| 08/30 | OCCTAX | 367, 1 | 6.54 |
| 08/31 | QUINNS | 8953 367 | 25.53 |
| 08/31 | TELECOM | TELECOM | 9.95 |
| 08/31 | ROOM | 367, 1 | 109.00 |
| 08/31 | ROOMTAX | 367, 1 | 7.36 |
| 08/31 | OCCTAX | 367, 1 | 6.54 |
| 09/01 | BK CARD | | $291.23 |

TO BE SETTLED TO: VISA          CURRENT BALANCE  .00

THANK YOU FOR CHOOSING MARRIOTT! TO EXPEDITE YOUR CHECK-OUT, PLEASE CALL THE FRONT DESK, OR PRESS "MENU" ON YOUR TV REMOTE CONTROL TO ACCESS VIDEO CHECK-OUT.



*Plus $6 charges after invoice creation for business services desk*

**Marriott**
RALEIGH
CRABTREE VALLEY

4500 Marriott Drive
Raleigh, North Carolina 27612
(919) 781 7000
Marriott.com/RDUNC

This statement is your only receipt. You have agreed to pay in cash or by approved personal check or to authorize us to charge your credit card for all amounts charged to you. The amount shown in the credits column opposite any credit card entry in the reference column above will be charged to the credit card number set forth above. (The credit card company will bill in the usual manner.) If for any reason the credit card company does not make payment on this account, you will owe us such amount. If you are direct billed, in the event payment is not made within 25 days after check-out, you will owe us interest from the check-out date on any unpaid amount at the rate of 1.5% per month (ANNUAL RATE 18%), or the maximum allowed by law, plus the reasonable cost of collection, including attorney fees.

6-2955C
Rev 12/04

Signature X _____

FOR RESERVATIONS AT ANY MARRIOTT HOTEL, CALL (800) 228 9290