UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:07-MC-44-BR

IN RE RULE 45 SUBPOENA ISSUED TO )
ROBERT K. KOCHAN )
) O R D E R
)

This matter is before the court on the 7 November 2007 Memorandum and Recommendation ("M&R") of Magistrate Judge James E. Gates on Thomas and Pamela McIntosh's motion for an order of contempt against Robert Kochan and his attorneys. No party has filed objections to the M&R. The court adopts the M&R as its own, and for the reasons stated therein, the motion is DENIED.

This 26 November 2007.

_____
W. Earl Britt
Senior U.S. District Judge